```
HALEY ANNETTE VIZY          ONE ADVANTAGE
12260 FRAZIER LN            7650 MAGNA DR
GULFPORT, MS 39503          BELLEVILLE, IL 62223

THOMAS C. ROLLINS, JR.      SINGING RIVER HEALTH
THE ROLLINS LAW FIRM, PLLC  2101 US-90
P.O. BOX 13767              GAUTIER, MS 39553
JACKSON, MS 39236

COMENITY                    TOWER LOAN
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
PO BOX 182273              PO BOX 320001
COLUMBUS, OH 43218          FLOWOOD, MS 39232

COMENITY BANK
ATTN: BANKRUPTCY
PO BOX 182125
COLUMBUS, OH 43218

CONNEXUS CREDIT UNION
P.O.BOX 8026
WAUSAU, WI 54402


DYLAN WOODCOCK
5800 MARTIN BLUFF RD
GAUTIER, MS 39553


GM FINANCIAL
ATTN: BANKRUPTCY
801 CHERRY ST STE 3500
FORT WORTH, TX 76102

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531


NAVY FCU
PO BOX 3700
MERRIFIELD, VA 22119
```