**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Haley Annette Vizy                                    Case No. 26-50758-KMS
                                                              Chapter 7 Proceedings

**NOTICE OF APPEARANCE**

COMES NOW, Tower Loan of Mississippi, LLC, d/b/a Tower Loan of Biloxi, by and

through its attorney, and files this Notice of Appearance in the above styled action.

This the 13th day of May, 2026

                                                    /s/ Joseph T. McDaniel
                                                    Joseph T. McDaniel

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176

**CERTIFICATE OF SERVICE**

I do hereby certify that I have this day electronically filed with the Clerk of Court using the ECF system which sent notification, or mailed, via U.S. Mail, postage fully prepaid to non-ECF participants, a true and correct copy of the foregoing notice of appearance of Tower Loan.

| | |
|---|---|
| Thomas Carl Rollins, Jr<br>trollins@therollinsfirm.com | Office of the U.S. Trustee<br>USTPRegion05.AB.ECF@us.doj.gov |
| Haley Annette Vizy<br>12260 Frazier Ln<br>Gulfport, MS 39503 | Zachary S Wessler, Sr<br>Chapter 7 Trustee |

This the 13th day of May, 2026

/s/ Joseph T. McDaniel
Joseph T. McDaniel

Prepared By:

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176