MSSB-7007.1-Bk (11/23)

## United States Bankruptcy Court
## Southern District of Mississippi

In re:  HALEY ANNETTE VIZY                                    Case No.: 26-50758 KMS

_____
Debtor(s)                                                    Chapter: 7

### Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
KEESLER FEDERAL CREDIT UNION                                                    , a
[Name of Corporate Party]

**[Check One]**

[✓] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

```



```

**OR**

[✓] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 05/14/2026          /S/ROBERT ALAN BYRD
                          Attorney Signature

                          ROBERT ALAN BYRD          7651
                          Attorney Name              State Bar Number
                          PO DRAWER 1939
                          Address
                          BILOXI, MS  39533
                          City, State, and Zip Code
                          228-432-8123          rab@byrdwiser.com
                          Telephone Number      Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**