United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                 Case No. 26-50758-KMS

Haley Annette Vizy                                                     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                Page 1 of 2

Date Rcvd: May 20, 2026                       Form ID: pdf012                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

**Recip ID**     **Recipient Name and Address**
db     +  Haley Annette Vizy, 12260 Frazier Ln, Gulfport, MS 39503-1016

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026                          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

**Name**     **Email Address**

Joseph Todd McDaniel
     on behalf of Creditor Tower Loan of Mississippi  LLC d/b/a Tower Loan of Biloxi jmcdaniel@towerloan.com, cedouglas@towerloan.com

Robert Alan Byrd
     on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
     on behalf of Debtor Haley Annette Vizy trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
     USTPRegion05.JA.ECF@usdoj.gov

Zachary S Wessler, Sr
     chapter7trustee@wesslerlawgroup.com meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com

District/off: 0538-6        User: mssbad        Page 2 of 2
Date Rcvd: May 20, 2026        Form ID: pdf012        Total Noticed: 1
TOTAL: 5

District/off: 0538-6        User: mssbad        Page 2 of 2
Date Rcvd: May 20, 2026        Form ID: pdf012        Total Noticed: 1

SO ORDERED,



*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 20, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:

**HALEY ANNETTE VIZY**                    NO. 26-50758 KMS

### ORDER

This matter having come on for consideration upon the Motion to Approve Agreement filed on behalf of Keesler Federal Credit Union (DK# 10 ) and the Court being advised that all parties agree to the requested relief, and that the Motion to Approve Agreement is well taken and should be granted, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Motion to Approve Agreement filed on behalf of Keesler Federal Credit Union be, and the same hereby is granted, and further the Automatic Stay of Section 362 of the Bankruptcy Code is hereby terminated as to Keesler Federal Credit Union so as to allow it to pursue its rightful remedies as to its subject matter personal property, namely one 2017 Toyota RAV4, VIN 2T3WFREVXHW319267.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the subject matter personal property of the Debtor be, and the same hereby is, abandoned as property of the estate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be immediately enforceable, and the provisions of Rule 4001(a)(3) F.R.Bkp. Pro., shall not apply

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

to this Order.

### ###END OF ORDER###

AGREED BY:

ROBERT ALAN BYRD, Attorney for
Keesler Federal Credit Union

/S/THOMAS C. ROLLINS, JR.
Attorney for Debtor

/S/ZACHARY S. WESSLER, SR.
Trustee

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

# CERTIFICATE O

VIZY, HALEY A
319267

## STATE OF MISSISSIPPI

ORIGINAL

Form 8 78-001

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 2T3WFREVXHW319267 | TOYT | 2017 | RAV4 | UV | MS0294414592 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 02/08/2023 | | | USED | EC | 73132 ACTUAL |

**OWNER(S)**

VIZY, HALEY ANNETTE
12206 BREEZEWAY CIR
GULFPORT MS 39503-4051

**BRANDS**

**BENEFICIARY**

**1ST LIENHOLDER**
KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI MS 39534-7001

DATE: 01/27/2023

**2ND LIENHOLDER**

DATE:

**MAIL TO**

KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI MS 39534-7001

M148-19

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20___

2ND LIEN _____ BY _____
(LIENHOLDER) (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20___

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS
THE 8TH DAY OF FEBRUARY 20 23

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law, Section 83-21-1, Mississippi Code of 1972 and subject to the provisions thereof.

CONTROL NUMBER
0 04496581

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED