Certificate Number: 17082-MSS-DE-041260886

Bankruptcy Case Number: 26-50758



17082-MSS-DE-041260886

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 28, 2026, at 8:56 o'clock PM MST, HALEY A VIZY completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: July 28, 2026          By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director